UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LANGFORD, et al.,<br><br>Defendants. | No.  2:14-cv-1916 JAM GGH PS<br><br><br><br>ORDER TO SHOW CAUSE |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint.  In the Order Requiring Timely Service and Joint Status Report, filed August 15, 2014, plaintiff was cautioned that this action may be dismissed if service was not timely completed.  This action was filed August 15, 2014 and plaintiff has not yet served the individual defendants with summons.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within **ten** days from the date of this order, why the court should not recommend the individual defendants be dismissed for plaintiff's failure to comply with Federal Rule of Civil Procedure 4(m).

Dated: December 17, 2014

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Smith1916.fsrv.osc

1